UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ISAAC BANKHEAD, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, )<br>)<br>Respondent ) | Case No. 2:09-cv-00176-KOB-HGD |

## FINAL JUDGMENT

On November 5, 2009, the magistrate judge entered his report and recommendation and the parties were allowed eleven days in which to file objections to the recommendations made by the magistrate judge. Neither party filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and therefore the court ORDERS that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

DONE this the 10th day of December, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE